UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TONEY ALFONSO JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>CO COSTA,<br><br>        Defendant. | Case No. 2:24-cv-06091-ODW-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 4, 2024

_____
OTIS D. WRIGHT, II
United States District Judge